| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 034 |
|---|---|---|---|---|---|
| YDU | 118527 | 000155 | | 0000390956 | 1 |

# Earnings Statement 

AMERICAN FREIGHT MANAGEMENT CO
109 INNOVATION COURT SUITE J
DELAWARE, OH 43015

Period Beginning: 09/13/2021
Period Ending: 09/26/2021
Pay Date: 10/01/2021

Taxable Marital Status: Single
Exemptions/Allowances:
    Federal: 0
    OH: 0

DOUGLAS PRALL
5865 BIRCH LANE
APT 11
MENTOR ON THE LAKE OH 44060

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Hourly Warehs | 12.0000 | 33.60 | 403.20 | 4,217.28 |
| Gross Pay | | | $403.20 | 4,217.28 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -25.13 | 254.98 |
| | Social Security Tax | -25.00 | 261.47 |
| | Medicare Tax | -5.85 | 61.15 |
| | OH State Income Tax | -3.25 | 34.82 |
| | Other | | |
| | Garn | | 29.39 |
| | Net Pay | $343.97 | |
| | Checking 1 | -343.97 | |
| | Net Check | $0.00 | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 33.60 | |

**Important Notes**
COMPANY PH#:+1 740 363 2222 117

BASIS OF PAY: HOURLY

Your federal taxable wages this period are $403.20

*Last pay*

© 2000 ADP, LLC

AMERICAN FREIGHT MANAGEMENT CO
109 INNOVATION COURT SUITE J
DELAWARE, OH 43015

Advice number: 00000390956
Pay date: 10/01/2021

Deposited to the account of
DOUGLAS PRALL

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxx3568 | xxxx xxxx | $343.97 |

THIS IS NOT A CHECK

# NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 034 |
|---|---|---|---|---|---|
| YDU | 118527 | 000155 | | 0000350957 | 1 |

AMERICAN FREIGHT MANAGEMENT CO
109 INNOVATION COURT SUITE J
DELAWARE, OH 43015

# Earnings Statement 

Period Beginning: 08/16/2021
Period Ending: 08/29/2021
Pay Date: 09/03/2021

Taxable Marital Status: Single
Exemptions/Allowances:
   Federal: 0
   OH: 0

DOUGLAS PRALL
5865 BIRCH LANE
APT 11
MENTOR ON THE LAKE OH 44060

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Hourly Warehs | 12.0000 | 27.25 | 327.00 | 3,463.08 |
| **Gross Pay** | | | **$327.00** | 3,463.08 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -17.51 | 209.94 |
| | Social Security Tax | -20.27 | 214.71 |
| | Medicare Tax | -4.74 | 50.21 |
| | OH State Income Tax | -2.31 | 29.02 |
| | **Other** | | |
| | Garn | | 29.39 |
| | **Net Pay** | **$282.17** | |
| | Checking 1 | -282.17 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 27.25 | |

**Important Notes**
COMPANY PH#:+1 740 363 2222 117

BASIS OF PAY: HOURLY

Your federal taxable wages this period are $327.00

---

AMERICAN FREIGHT MANAGEMENT CO
109 INNOVATION COURT SUITE J
DELAWARE, OH 43015

Advice number: 00000350957
Pay date: 09/03/2021

Deposited to the account of
DOUGLAS PRALL

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxx3568 | xxxx xxxx | $282.17 |

**THIS IS NOT A CHECK**

## NON-NEGOTIABLE

© 2000 ADP, LLC

| CO | FILE | DEPT | CLOCK | VCHR. NO. | 034 |
|----|------|------|-------|-----------|-----|
| YDU | 118527 | 000155 | | 0000330935 | 1 |

AMERICAN FREIGHT MANAGEMENT CO
109 INNOVATION COURT SUITE J
DELAWARE, OH 43015

# Earnings Statement 

Period Beginning: 08/02/2021
Period Ending: 08/15/2021
Pay Date: 08/20/2021

Taxable Marital Status: Single
Exemptions/Allowances:
   Federal: 0
   OH: 0

DOUGLAS PRALL
5865 BIRCH LANE
APT 11
MENTOR ON THE LAKE OH 44060

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Hourly Warehs | 12.0000 | 34.05 | 408.60 | 3,136.08 |
| **Gross Pay** | | | **$408.60** | 3,136.08 |

| Deductions | Statutory | | |
|------------|-----------|---|---|
| | Federal Income Tax | -25.67 | 192.43 |
| | Social Security Tax | -25.34 | 194.44 |
| | Medicare Tax | -5.92 | 45.47 |
| | OH State Income Tax | -3.48 | 26.71 |
| | **Other** | | |
| | Garn | | 29.39 |
| | **Net Pay** | **$348.19** | |
| | Checking 1 | -348.19 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 34.05 | |

**Important Notes**
COMPANY PH#:+1 740 363 2222 117

BASIS OF PAY: HOURLY

Your federal taxable wages this period are $408.60

© 2000 ADP, LLC

AMERICAN FREIGHT MANAGEMENT CO
109 INNOVATION COURT SUITE J
DELAWARE, OH 43015

Advice number: 00000330935
Pay date: 08/20/2021

Deposited to the account of
DOUGLAS PRALL

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxx3568 | xxxx xxxx | $348.19 |



# NON-NEGOTIABLE